**Order entered April 23, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01072-CR

### THOMAS PAUL GILBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-80015-2018

## ORDER

We **REINSTATE** this appeal.

The Court granted two extensions of time, making appellant's brief due March 28, 2019. When it was not filed and we had no communication with appellant regarding the brief or the appeal, we abated the appeal for a hearing.

On April 22, 2019, the reporter's record from the hearing was filed. We **ADOPT** the trial court's April 17, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Jeff P. Buchwald; and (3) counsel has not abandoned the appeal and will have a brief filed within 10 days.

We **ORDER** appellant's brief filed no later than May 3, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Mitchell Nolte; and to the Collin County District Attorney.


/s/     LANA MYERS
             JUSTICE